Orlando E. TOWNSEND, Appellant,

v.

Amy J. BANG, Manager, EEO Compliance; Union Pacific Railroad Company; A. Terry Olin, General Director, Union Pacific Railroad, Appellees.

No. 09–1600.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 14, 2009.

Filed: Dec. 17, 2009.

Orlando E. Townsend, Omaha, NE, pro se.

Allison Balus, Scott P. Moore, Quinn H. Vandenberg, Baird & Holm, Omaha, NE, for Appellees.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Orlando Townsend appeals the district court's[1] dismissal of his employment-discrimination action. Upon de novo review, see *Parkhurst v. Tabor*, 569 F.3d 861, 865 (8th Cir.2009), *cert. filed*, 78 U.S.L.W. 3302 (Nov. 4, 2009) (No. 09–561), we agree with the district court that the claims were

time-barred. Therefore, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.